UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID YWAIN YOUNG,

    Plaintiff,                                    Case No.  1:10-CV-953

v.                                                        Hon. Gordon J. Quist

UNKNOWN BRYANT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiff on January 12, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 11, 2012 (docket no. 11), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion For Summary Judgment (docket no. 9) is **GRANTED**.

Therefore, judgment is hereby entered in favor of Defendant and against Plaintiff.

This case is **concluded**.

Dated:  February 2, 2012                                    /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE